JOHN FRANKLIN BUTTS, JR., MINOR, BY HIS NEXT FRIEND, JOHN FRANKLIN BUTTS, v. JOHN L. HART.

(Filed 13 October, 1954.)

APPEAL by defendant from *Grady, Emergency Judge,* and a jury, at June Term, 1954, of WAYNE. No error.

Civil action in tort to recover for personal injuries, due to the alleged negligence of the defendant. Issues of negligence and damages were answered by the jury in favor of the plaintiff, and from judgment on the verdict, the defendant appealed, assigning errors.

*J. Faison Thomson & Son and N. W. Outlaw for plaintiff, appellee.*
*Paul D. Edmundson for defendant, appellant.*

PER CURIAM. Upon the argument in this Court counsel for the defendant with commendable frankness conceded, and correctly so, that the record does not disclose reversible or prejudicial error. Therefore the verdict and judgment below will be upheld.

No error.